**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00340-REB-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  ERNEST SALAS,

    Defendant.

## MINUTE ORDER[1]

    Counsel for the government and counsel for the defendant contacted chambers on this date to reset the Sentencing Hearing as to this defendant. A Sentencing Hearing is set for **November 4, 2009,** at 9:00 a.m.

    Dated: October 7, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.